IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MAXLIGHT SYSTEM, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 02C 6548 ) |
| BOMAN & KEMP MANUFACTURING, INC., | ) Judge Gottschall ) ) Magistrate Judge Ashman |
| Defendant. | ) ) |

**STIPULATION FOR DISMISSAL**

Plaintiff MaxLight System, Inc. and Defendant Boman & Kemp Manufacturing, Inc., by and through their respective counsel, stipulate and agree as follows:

1. The complaint in this action may be dismissed with prejudice.

2. The counterclaim may be dismissed without prejudice.

3. The parties hereto will bear their respective costs and attorneys fees.

1

DATED this 17th day of March, 2003.

| | |
|---|---|
| WORKMAN, NYDEGGER & SEELEY | ROOKS PITTS |
| *[signature]* | *[signature]* |
| BRENT P. LORIMER<br>BRETT I. JOHNSON<br>1000 Eagle Gate Tower<br>60 East South Temple<br>Salt Lake City, UT  84111<br>Telephone:  (801) 533-9800 | MARK M. GROSSMAN<br>10 South Wacker Drive,<br>Suite 2300<br>Chicago, IL  60606<br><br>Telephone (312) 876-1700 |
| Attorneys for Defendant | Attorneys for Plaintiff |